# CASE ANNOUNCEMENTS

*January 18, 2008*

[Cite as *01/18/2008 Case Announcements*, 2008-Ohio-144.]

## MOTION AND PROCEDURAL RULINGS

**2007–0307.   Dworning v. Euclid.**

Cuyahoga App. No. 87757, 2006-Ohio-6772. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of the joint motion of appellee and amicus curiae The Ohio Employment Lawyers Association to allow amicus to participate in oral argument on January 22, 2008,

It is ordered by the court that the motion is granted, and amicus curiae is permitted to argue the entire fifteen minutes allotted to appellee.

**2007–1934.   Ohio Consumers' Counsel v. Pub. Util. Comm.**

Public Utilities Commission, No. 07–259–TP–BLS. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the joint motion for procedural stay,

It is ordered by the court that the motion is granted.

## DISCIPLINARY CASES

**2007–0344.   Cleveland Bar Assn. v. Mishler.**

On December 27, 2007, this court issued an order directing the Board of Commissioners on Grievances and Discipline to transmit certain exhibits to the court in this case. On January 15, 2008, the board transmitted a portion of the exhibits and filed a motion requesting an additional ten days to locate the remaining exhibits. Upon consideration thereof,

It is ordered that the motion for extension of time is hereby granted. The board shall file the remaining exhibits with the court on or before ten days from the date of this order.